# In the United States Court of Federal Claims

```
*   *   *   *   *   *   *

ALLEY'S OF KINGSPORT, INC., et al.,   *

         Plaintiffs,                  *       No. 11-100C

         v.                           *       Filed: March 9, 2012

THE UNITED STATES OF AMERICA,         *

         Defendant.                   *

*   *   *   *   *   *   *
```

**ORDER**

      The Government's motion for an enlargement of time within which to file its Answer is based on the possibility that it may file a motion for reconsideration. Plaintiffs oppose the motion because the Government has not described its reasons for seeking reconsideration. While the rules do not require it, such a showing would be helpful. For example, we would welcome new law affecting this case, and would expect defendant to so advise. Otherwise, a motion for reconsideration would not have a reasonable likelihood of success.

      If defendant would request certification for interlocutory appeal, we would give that possibility serious consideration, given the nature of plaintiffs' unique taking theory. An effort merely to change the court's ruling would not succeed, however, even if it were proper under the rules.

      The Clerk of Court advises us that the rules cited in support of defendant's motion do not apply where judgment has not been entered. Defendant will file its Answer no later than Friday, March 16, or will file a motion for reconsideration on or before that date.

      Defendant's motion for enlargement is GRANTED as amended. Plaintiffs' motion to strike the Government's hearing exhibits is DENIED. Plaintiffs' motion for leave to file their own hearing exhibits and response is GRANTED. We have accepted and considered defendant's reply.

                                                            s/Robert H. Hodges, Jr.
                                                           Robert H. Hodges, Jr.
                                                           Judge