# In the United States Court of Federal Claims

Nos. 10-647C, 11-100C, and 12-900C
(Filed: June 22, 2015)

|  |  |
|---|---|
| COLONIAL CHEVROLET CO., INC., et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| THE UNITED STATES, | ) |
| Defendant. | ) ) |
| * * * * * * * * * * * * * * * * * * * * * | ) ) |
| ALLEY'S OF KINGSPORT, INC., et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) |
| * * * * * * * * * * * * * * * * * * * * | ) ) |
| SPITZER MOTOR CITY., et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## O R D E R

The court is in receipt of the Supreme Court's decision in Horne v. Department of Agriculture, 576 U.S. ---, No. 14-275 (June 22, 2015). If the parties wish to address this decision in a supplemental brief, they may do so no later than **Monday, July 6, 2015**. Supplemental briefs shall not exceed five pages in length and no responses shall be allowed.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge