## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLEY'S OF KINGSPORT, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 11-100C <br> (Judge Firestone) |
| COLONIAL CHEVROLET CO., INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 10-647C <br> (Judge Firestone) |
| SPITZER MOTOR CITY, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 12-900C <br> (Judge Firestone) |

**JOINT MOTION FOR EXTENSION OF TIME TO
FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), the parties respectfully request a 30-day enlargement of time, to and including February 5, 2016, within which to file the joint preliminary status report. The joint preliminary

status report is currently due on January 4, 2016.  Order, at 2 (December 4, 2015).  This is the parties' first enlargement request to file the joint preliminary status report.

The 30-day enlargement of time is necessary to allow the parties sufficient time to conduct an early meeting of counsel in advance of the joint preliminary status report.  Under Appendix A of the Court's Rules, an early meeting of counsel must be conducted "within sufficient time to permit the parties to file a Joint Preliminary Status Report . . . ."  RCFC, Appendix A, para. 3.  Given the holiday season and the number of counsel involved in this case, the parties have had difficulty scheduling an early meeting of counsel at which all counsel could attend.  Although the parties have now agreed upon a January 6, 2016 date for the early meeting of counsel, this post-dates the January 4, 2016 deadline for the joint preliminary status report.  The parties thus request an additional 30 days to allow the parties to conduct the early meeting of counsel and discuss the issues identified in paragraph 3 of Appendix A, as well as the issues identified in the Court's December 4, 2015 order, in advance of the filing of the joint preliminary status report.

Accordingly, for these reasons, the parties request a 30-day enlargement of time, to and including February 5, 2016, to file the joint preliminary status report.

>Respectfully submitted,
>
>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>ROBERT E. KIRSCHMAN, JR.
>Director

OF COUNSEL:

ELIZABETH M. HOSFORD
Assistant Director

JAMES P. CONNOR
Senior Trial Counsel

AMELIA R. LISTER-SOBOTKIN
JOSHUA A. MANDLEBAUM
MICHAEL A. RODRIGUEZ
Trial Attorneys

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
Kenneth.Dintzer@usdoj.gov

*Attorneys for Defendant*

s/ Nancie G. Marzulla
NANCIE G. MARZULLA
Roger J. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., N.W.
Suite 1050
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (fax)
nancie@marzulla.com
roger@marzulla.com

*Attorney for Plaintiffs Alley's
of Kingsport, Inc., et al.*

s/ Jonathan A. Michaels
JONATHAN A. MICHAELS
Kathryn J. Harvey
Matthew S. Grayson
MLG Automotive Law, APLC
2801 W. Coast Highway
Suite 370
Newport Beach, CA 92663
(949) 581-6900

*Attorneys for Plaintiffs Spitzer Motor
City, Inc., et al.*

Dated:  December 30, 2015

s/ Richard D. Faulkner
RICHARD D. FAULKNER
BLUME, FAULKNER, SKEEN
& NORTHAM, PLLC
111 W. Spring Valley Rd
Suite 250
Richardson, Texas 75081
(214) 373-7788
(214) 373-7783 (fax)
rfaulkner@bfsnlaw.com

HARRY ZANVILLE
Harry W. Zanville, Attorney at Law
500 West Harbor Drive, Suite 1201
San Diego, California 92101
(619) 269-9227

*Attorneys for Plaintiffs Colonial Chevrolet
Co, Inc., et al.*